**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **QUINCY M. PRIM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:24-cv-256-TFM-MU** |
| | ) | |
| **NURSE WEBB, *et al*.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION AND ORDER**

On July 29, 2026, the Magistrate Judge entered a report and recommendation which recommends that Defendant's motion for summary judgment (Doc. 31) be granted. *See* Doc. 50. No objections were filed though the Court did receive a letter on August 21, 2026 which was dated July 24, 2026 in which the Plaintiff complained of delayed prison mail. Therefore, the Court waited for an extended period to ensure no objections came in late. None have arrived by this date and the Court determines that sufficient time as passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Therefore, Defendant's motion for summary judgment (Doc. 31) is **GRANTED** and this action is **DISMISSED with prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 14th day of September, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE